| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Cody Alexander Bolce, Esq. (S. #322725) |
| COLE & VAN NOTE |
| 555 12th Street, Suite 1725 |
| Oakland, California 94607 |
| Telephone: (510) 891-9800 |

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANKHA NEGRIN, individually, and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>JUMPSTART GAMES, INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-00089-SPG-SK<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       BIANKHA NEGRIN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BIANKHA NEGRIN | None |

1/09/2023
Date

/s/ Cody Alexander Bolce
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Biankha Negrin