JACOB HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
JUMPSTART GAMES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BIANKHA NEGRIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMPSTART GAMES, INC.,<br><br>Defendant. | Case No. 2:23-CV-00089<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:  Hon. Sherilyn Peace Garnett |

Defendant JumpStart Games, Inc. ("Defendant") and Plaintiff Biankha Negrin ("Plaintiff"), by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

WHEREAS, the Complaint (ECF No. 1) in this matter was served on January 12, 2023;

WHEREAS, Defendant does not contest the validity of service;

WHEREAS, the deadline for Defendant to answer or otherwise respond to the Complaint is currently February 2, 2023; and

WHEREAS, the parties agree that the deadline to answer or otherwise respond to the Complaint should be extended to approximately sixty (60) days following service of the Complaint; and

WHEREAS, this is the first extension sought by the parties to this litigation and is sought because Defendants' counsel has only been recently retained and because of schedule conflicts;

The parties HEREBY stipulate that the time for Defendant to answer or otherwise respond to the Complaint be extended to March 13, 2023.

**IT IS SO STIPULATED.**

Dated: February 1, 2023

By: _____/s/ Jacob Heath_____
Jacob Heath
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant JumpStart Games, Inc.

By: _____/s/ Scott Edward Cole_____
Scott Edward Cole
COLE & VAN NOTE
Attorneys for Plaintiff

**Attestation re Electronic Signatures**

I, Jacob Heath, attest pursuant to Central District Local Rule 5-4.3.4(a)(2) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 1, 2023          By:  _____/s/ Jacob Heath_____
                                        JACOB HEATH