1  JACOB HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
   aswaminathan@orrick.com
3  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   Attorneys for Defendant
8  JUMPSTART GAMES, INC.

9
                  UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                         SOUTHERN DIVISION
12

13
| | |
|---|---|
| BIANKHA NEGRIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JUMPSTART GAMES, INC.,<br><br>Defendant. | Case No. 2:23-CV-00089<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Sherilyn Peace Garnett |

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
2:23-CV-00089

4132-3323-7574.1

Defendant JumpStart Games, Inc. ("Defendant") and Plaintiff Biankha Negrin ("Plaintiff"), by and through the undersigned counsel, hereby stipulate and agree to the following proposed modification of the case schedule:

WHEREAS, the Complaint (ECF No. 1) in this matter was served on January 12, 2023;

WHEREAS, Defendant does not contest the validity of service;

WHEREAS, the parties previously stipulated to extend the deadline for Defendant to answer or otherwise respond to the Complaint to March 13, 2023 and then to April 12, 2023;

WHEREAS, the parties previously stipulated to extend the deadline for Plaintiff to respond to any motion to dismiss to May 16, 2023;

WHEREAS, the parties agree that the deadlines should be further extended by an additional twenty-one (21) days; and

WHEREAS, this is the third extension sought by the parties to this litigation and is sought because the parties are discussing potential resolution of Plaintiff's claim;

The parties HEREBY stipulate that the time for Defendant to answer or otherwise respond to the Complaint be extended to May 3, 2023, and that, if Defendant's responsive pleading is a motion, Plaintiff's deadline to respond to that motion be extended to June 6, 2023.

**IT IS SO STIPULATED.**

Dated: April 12, 2023

By: _____/s/ Jacob Heath_____
Jacob Heath
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant JumpStart Games, Inc.

By: _____/s/ Scott Edward Cole_____
Scott Edward Cole
COLE & VAN NOTE
Attorneys for Plaintiff

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
2:23-CV-00089

4132-3323-7574.1

**Attestation re Electronic Signatures**

I, Jacob Heath, attest pursuant to Central District Local Rule 5-4.3.4(a)(2) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 12, 2023                    By:    /s/ Jacob Heath
                                                JACOB HEATH