# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BIANKHA NEGRIN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUMPSTART GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:23-CV-00089-SPG-SK<br><br>**ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Sherilyn Peace Garnett |

　　　As stipulated by Plaintiff Biankha Negrin and Defendant JumpStart Games, Inc., by and through their respective counsel, the time for Defendant to answer or otherwise respond to the Complaint (ECF No. 1), is extended to May 3, 2023. If the responsive pleading is a motion, Plaintiff's deadline to respond to the motion shall be June 6, 2023.

　　　**IT IS SO ORDERED.**

Dated: April 12, 2023　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Hon. Sherilyn Peace Garnett
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE