UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-00089-SPG(SKx) | Date | May 24, 2023 |
|---|---|---|---|
| Title | Biankha Negrin v. JumpStart Games, Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before June 7, 2023,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☐     Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant(s):

- **JumpStart Games, Inc.**

Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-00089-SPG(SKx) | Date | May 24, 2023 |
|---|---|---|---|
| Title | Biankha Negrin v. JumpStart Games, Inc. | | |

| 04/12/2023 | view16 | ORDER TO MODIFY CASE SCHEDULE 15 by Judge Sherilyn Peace Garnett. The time for Defendant to answer or otherwise respond to the Complaint (ECF No. 1), is extended to May 3, 2023. If the responsive pleading is a motion, Plaintiff's deadline to respond to the motion shall be June 6, 2023. (lom) (Entered: 04/12/2023) |
|---|---|---|

**IT IS SO ORDERED**.

                                                                       : _____

Initials of Preparer    pg